AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FRANCIS EDWARD FISHER
    Plaintiff

v.

Civil Action No. 4:22-cv-61

DAVID ROSSI, *Deputy Sheriff White County Indana*

JOHN GUY, *Prosecutor White County Indiana (Retired)*
*TERMINATED: 01/22/2024*

ROBERT GUY, *Former White County Presecutor Indana*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: All claims against Defendant David Rossi are DISMISSED with prejudice. All other claims in the Amended Complaint are DISMISSED without prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S. Van Bokkelen on defendants Motion to Dismiss.

DATE: 3/8/2024        CHANDA J. BERTA, CLERK OF COURT

by  s/ S. Jarrell_____
*Signature of Clerk or Deputy Clerk*